Michael K. Brown (CSBN 104252)
Thomas J. Yoo (CSBN 175118)
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (CSBN 174183)
Alison B. Riddell (CSBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: sboranian@reedsmith.com
ariddell@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN G. HERNANDEZ, and MARIA C. HERNANDEZ<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | No.:<br><br>**DEFENDANT MERCK & CO., INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

TO THE COURT AND TO PLAINTIFF:

Pursuant to United States District Court for the Northern District of California Local Rule 3-13, defendant Merck & Co., Inc. ("Merck") is not aware of any actions involving the pharmaceutical Vioxx® ("Vioxx cases") that are pending in the Northern District of California.

- 1 -

Additional Vioxx cases are currently pending in various federal district courts across the country and in the Multidistrict Litigation known as *In re VIOXX Products Liability Litigation*, MDL No. 1657, in the Eastern District of Louisiana.

Vioxx cases filed in state courts in the State of California and served on Merck are coordinated in Judicial Council Coordination Proceeding No. 4247 in the Los Angeles County Superior Court.

Additional Vioxx cases are currently pending in various other state court jurisdictions across the country.

DATED: September 27, 2007

REED SMITH LLP

By: /s/ Alison B. Riddell
Alison B. Riddell
Attorney for Defendant
Merck & Co., Inc.

DEFENDANT MERCK & CO., INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS