1  Michael K. Brown (SBN 104252)
   Thomas J. Yoo (SBN 175118)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone:    213.457.8000
4  Facsimile:    213.457.8080
   Email: mkbrown@reedsmith.com
5  tyoo@reedsmith.com

6  Steven J. Boranian (SBN 174183)
   Alison B Riddell (SBN 246120)
7  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
8  San Francisco, CA 94111-3922
   Telephone:    415.543.8700
9  Facsimile:    415.391.8269
   Email: sboranian@reedsmith.com
10 ariddell@reedsmith.com

11 Attorneys for Defendant
   Merck & Co., Inc.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 | MARTIN G. HERNANDEZ, and MARIA C.   | No.:
   | HERNANDEZ
17 |
   |                                      | (Removal from San Francisco Superior Court
18 |          Plaintiffs,                 | Case No. CGC-06-456602)
   |
19 |     vs.                              | **DEFENDANT MERCK & CO., INC.'S**
   |                                      | **CERTIFICATION OF INTERESTED**
20 | MERCK & COMPANY, INC., a corporation;| **ENTITIES OR PERSONS**
   | MCKESSON CORPORATION, a corporation;|
21 | and DOES 1 to 100, inclusive,        | **[LOCAL RULE 3-16]**
   |
22 |          Defendants.                 |

23
24
25
26
27
28

DOCSSFO-12491672.1-ABRIDDEL

Defendant Merck & Co., Inc.'s Notice Of Certification As To Interested Parties

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3
4  DATED: September 27, 2007
5                                    REED SMITH LLP
6
7  By /s/ Alison B. Riddell
                                    Alison B. Riddell
8                                     Attorneys for Defendant
                                    Merck & Co., Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

– 1 –                        DOCSSFO-12491672.1-ABRIDDEL
Defendant Merck & Co., Inc.'s Notice Of Certification As To Interested Parties