ORIGINAL
FILED

07 SEP 27 PH 2: 03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Michael K. Brown (SBN 104252)
   Thomas J. Yoo (SBN 175118)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone:   213.457.8000
4  Facsimile:   213.457.8080
   Email: mkbrown@reedsmith.com
5  tyoo@reedsmith.com

6  Steven J. Boranian (SBN 174183)
   Alison B. Riddell (SBN 246120)
7  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
8  San Francisco, CA  94111-3922
   Telephone:   415.543.8700
9  Facsimile:   415.391.8269
   Email: sboranian@reedsmith.com
10 ariddell@reedsmith.com

11 Attorneys for Defendant
   Merck & Co., Inc.

12

EMC

13             UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16 MARTIN G. HERNANDEZ, and MARIA C.          C 07 5004
   HERNANDEZ
17                                    No.:
                  Plaintiffs,         (Removal from San Francisco Superior Court
18                                    Case No. CGC-06-456602)
          vs.
19                                    CERTIFICATE OF SERVICE

20 MERCK & COMPANY, INC., a corporation;
   MCKESSON CORPORATION, a corporation;
21 and DOES 1 to 100, inclusive,

22                Defendants.

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12491854.1