Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 174118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email  mkbrown@reedsmith.com
       tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Alison B. Riddell (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:    415.543.8700
Facsimile:    415.391.8269
Email: sboranian@reedsmith.com
       ariddell@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN G. HERNANDEZ, and MARIA C. HERNANDEZ<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:07-cv-05004 MHP<br><br>**DECLARATION OF ALISON B. RIDDELL IN SUPPORT OF DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date: November 26, 2007<br>Time:         2:00 p.m.<br>Courtroom:    15, 18th Floor<br>Compl. Filed: September 29, 2006<br>Trial Date:   None Set<br><br>Honorable Marilyn Hall Patel |

I, Alison B. Riddell, declare:

1. I am an attorney duly admitted to practice law in the State of California and an attorney at Reed Smith LLP, counsel in this action for defendant Merck & Co., Inc. ("Merck"). I have personal knowledge of the facts set forth in this declaration and for those matters for which I do not have personal knowledge, I am informed and believe they are true.

2. An MDL has been established in the Eastern District of Louisiana entitled *In re VIOXX Products Liab. Litig.* (MDL-1657), to coordinate all product liability cases involving alleged health risks from Vioxx® (the "Vioxx cases").

3. On September 29, 2006 Plaintiffs Martin G. Hernandez and Maria C. Hernandez commenced this action entitled *Hernandez v. Merck & Co., Inc., et al.*, Case No. CGC-06-456602, against Merck by filing a Complaint in the Superior Court for the State of California, County of San Francisco.

4. On September 27, 2007, Merck timely removed this action to this Court based on diversity jurisdiction under 28 U.S.C. § 1332.

5. Pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), Merck provided notice to the Judicial Panel on Multidistrict Litigation ("MDL Panel") of the pendency of this "tag-along" action on October 2, 2007. Merck expects a conditional transfer order to be issued by the MDL Panel in this action within the next few weeks. Once the conditional transfer order is issued, Plaintiffs have fifteen days to object to transfer in accordance with R.P.J.M.L. 7.4(c). Attached hereto as Exhibit "A" is a true and correct copy of the October 2, 2007 tag-along letter.

6. To date, over 200 Vioxx-related cases with pending remand motions have been stayed because federal courts all around the country have determined that a stay furthers judicial economy and does not prejudice plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 18, 2007

_____
Alison B. Riddell

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 3 -

DECLARATION IN SUPPORT OF MERCK & CO., INC.'S MOTION TO STAY

**EXHIBIT "A"**

# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

October 2, 2007

<u>VIA FEDERAL EXPRESS</u>

Jeffrey N. Lüthi, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:    <u>In re: Vioxx® Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1657</u>

Dear Sir and Madam:

      Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's 269th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Hernandez et al., v. Merck & Co., Inc. et al.*, C.A. No. 3:07-cv-05004 (N.D. Cal.)
2. *Haslup v. Merck & Co., Inc.*, C.A. No. 1:07-cv-02624 (D. Md.)
3. *Outlaw v. Merck & Co., Inc.*, C.A. No. 1:07-cv-02625 (D. Md.)
4. *Rites et al., v. Merck & Co., Inc.*, C.A. No. 1:07-cv-02622 (D. Md.)
5. *D'Entremont v. Merck & Co., Inc.*, C.A. No. 1:07-cv-11838 (D. Mass.)
6. *Fleming v. Merck & Co., Inc.*, C.A. No. 4:07-cv-40255 (D. Mass.)
7. *Madden v. Merck & Co., Inc.*, C.A. No. 1:07-cv-11835 (D. Mass.)
8. *Ouellette v. Merck & Co., Inc.*, C.A. No. 1:07-cv-11837 (D. Mass.)
9. *Vitale v. Merck & Co., Inc.*, C.A. No. 1:07-cv-11836 (D. Mass.)
10. *Jefferson v. Merck & Co., Inc.*, C.A. No. 0:07-cv-04134 (D. Minn.)
11. *Cox v. Merck & Co., Inc.*, C.A. No. 1:07-cv-00237 (N.D. Miss.)
12. *Dalton et al., v. Merck & Co., Inc.*, C.A. No. 3:07-cv-00576 (S.D. Miss.)
13. *Young et al., v. Merck & Co., Inc.*, C.A. No. 3:07-cv-00569 (S.D. Miss.)
14. *Chepilko v. Merck & Co., Inc.*, C.A. No. 1:07-cv-04098 (E.D. N.Y.)
15. *Lai et al., v. Merck & Co., Inc.*, C.A. No. 1:07-cv-04046 (E.D. N.Y.)
16. *Wittman et al., v. Merck & Co., Inc.*, C.A. No. 1:07-cv-04048 (E.D. N.Y.)
17. *Akyaamaa v. Merck & Co., Inc.*, C.A. No. 1:07-cv-08437 (S.D. N.Y.)

18. *Wachter v. Merck & Co., Inc.*, C.A. No. 3:07-cv-05539 (W.D. Wash.)

Respectfully submitted,

*[signature]*

Shawn McEnnis

SM/eas

Enclosures

2

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On October 18, 2007, I served the following document(s) by the method indicated below:

**DECLARATION OF ALISON B. RIDDELL IN SUPPORT OF DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Martin G. Hernandez
Maria C. Hernandez
2674 Nemaha Way
Stockton, CA 95206

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 18, 2007, at San Francisco, California.

_____
D. Rothschild