1  Michael K. Brown (SBN 104252)
   Thomas J. Yoo (SBN 175118)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone:    213.457.8000
4  Facsimile:    213.457.8080
   Email: mkbrown@reedsmith.com
5         tyoo@reedsmith.com

6  Steven J. Boranian (SBN 174183)
   Alison B. Riddell (SBN 246120)
7  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
8  San Francisco, CA 94111-3922
   Telephone:    415.543.8700
9  Facsimile:    415.391.8269
   Email: sboranian@reedsmith.com
10        ariddell@reedsmith.com

11 Attorneys for Defendant
   Merck & Co., Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN G. HERNANDEZ, and MARIA C. HERNANDEZ<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:07-cv-05004 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date:    November 26, 2007<br>Time:            2:00 p.m.<br>Courtroom:       15, 18th Floor<br>Compl. Filed:    September 29, 2006<br>Trial Date:      None Set<br><br>Honorable Marilyn Hall Patel |

(side label: REED SMITH LLP — A limited liability partnership formed in the State of Delaware)

[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS

Defendant Merck & Co., Inc.'s Motion to Stay Proceedings came on regularly for hearing before this Court on November 26, 2007, at 2:00 p.m. in Courtroom 15. All parties were represented by their respective counsel or appeared in propria persona.

The Court having considered all papers filed by Plaintiffs and Defendant Merck & Co., Inc., as well as all other papers filed in this action and the oral arguments of counsel, and good cause appearing, **ORDERS** as follows:

Defendant Merck & Co., Inc.'s Motion to Stay Proceedings is GRANTED and all proceedings are stayed pending transfer of this matter to MDL 1657.

IT IS SO ORDERED.

DATED:

_____
The Honorable Marilyn Hall Patel
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On October 18, 2007, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Martin G. Hernandez
Maria C. Hernandez
2674 Nemaha Way
Stockton, CA 95206

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 18, 2007, at San Francisco, California.

_____
D. Rothschild