**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN G. HERNANDEZ, | No. C 07-05004 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
| v. | |
| MERCK & COMPANY, | |
| Defendant(s). | |

Defendants, having moved this Court for a hearing on November 26, 2007, the parties are hereby notified that the motion to stay pending MDL determination will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: November 9, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140