UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN G. HERNANDEZ et al,

        Plaintiff,

  v.

MERCK & COMPANY et al,

        Defendant.

                                      /

Case Number: CV07-05004 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Maria C. Hernandez
2674 Nemaha Way
Stockton, CA 95206

Martin G. Hernandez
2674 Nemaha Way
Stockton, CA 95206


Dated: November 9, 2007

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk