Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
       tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Alison B. Riddell (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:   415.543.8700
Facsimile:   415.391.8269
Email: sboranian@reedsmith.com
       ariddell@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN G. HERNANDEZ, and MARIA C. HERNANDEZ<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:07-cv-05004 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS<br><br>Hearing Date:   November 26, 2007<br>Time:           2:00 p.m.<br>Courtroom:      15, 18th Floor<br>Compl. Filed:   September 29, 2006<br>Trial Date:     None Set<br><br>Honorable Marilyn Hall Patel |

1  Defendant Merck & Co., Inc.'s Motion to Stay Proceedings ~~came on regularly for~~ has been filed for
2  hearing before this Court on November 26, 2007, at 2:00 p.m. in Courtroom 15. ~~All parties were~~
3  ~~represented by their respective counsel or appeared in propria persona.~~ This matter having been transferred by the Judicial
4  Panel on Multidistrict Litigation to the E.D. Louisiana
5  in MDL No. 1657 by order dated November 6, 1997 ~~The Court having considered all papers filed by Plaintiffs and Defendant Merck &~~
6  ~~Co., Inc., as well as all other papers filed in this action and the oral arguments of counsel,~~ and good
7  cause appearing, **ORDERS** as follows:

9  Defendant Merck & Co., Inc.'s Motion to Stay Proceedings in this Court is GRANTED ~~and all~~
10 and the matter transferred pursuant ~~proceedings are stayed pending transfer of this matter to MDL 1657.~~ to the above
11 order.

12  IT IS SO ORDERED.

14  DATED: 11/9/07

16  _____
   The Honorable Marilyn Hall Patel
17 United States District Judge