UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN G. HERNANDEZ et al, <br><br> Plaintiff, <br><br> v. <br><br> MERCK & COMPANY et al, <br><br> Defendant. / | Case Number: CV07-05004 MHP <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria C. Hernandez
2674 Nemaha Way
Stockton, CA 95206

Martin G. Hernandez
2674 Nemaha Way
Stockton, CA 95206

Dated: November 15, 2007

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk