

**A CERTIFIED TRUE COPY**
NOV - 6 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV -6 PM 2:25
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT 19 2007
FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-119)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,384 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Inasmuch as no objection is pending at this time, the stay is lifted.
NOV - 6 2007
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
NOV 13 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

## SCHEDULE CTO-119 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3  07-5004 | Martin G. Hernandez, et al. v. Merck & Co., Inc., et al. | 07-8061 |
| **MASSACHUSETTS** | | |
| MA  1  07-11835 | Katherine K. Madden, etc. v. Merck & Co., Inc. | 07-8062 |
| MA  1  07-11836 | Peter Vitale v. Merck & Co., Inc. | 07-8063 |
| MA  1  07-11837 | Sara Ouellette v. Merck & Co., Inc. | 07-8064 |
| MA  1  07-11838 | Katherine D'Entremont v. Merck & Co., Inc. | 07-8065 |
| MA  4  07-40255 | Barbara Fleming v. Merck & Co., Inc. | 07-8066 |
| **MARYLAND** | | |
| MD  1  07-2622 | Charles J. Rites, et al. v. Merck & Co., Inc. | 07-8067 |
| MD  1  07-2624 | John D. Haslup v. Merck & Co., Inc. | 07-8068 |
| MD  1  07-2625 | James W. Outlaw, Sr., etc. v. Merck & Co., Inc. | 07-8069 |
| MD  1  07-2648 | Shirley Segall, et al. v. Merck & Co., Inc. | 07-8070 |
| **MINNESOTA** | | |
| MN  0  07-4134 | Marilyn Jefferson v. Merck & Co., Inc. | 07-8071 |
| MN  0  07-4165 | Betty J. Caldwell, et al. v. Merck & Co., Inc., et al. | 07-8072 |
| MN  0  07-4166 | Marianne L. Dean, et al. v. Merck & Co., Inc., et al. | 07-8073 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1  07-237 | John Russell Cox v. Merck & Co., Inc. | 07-8074 |
| ~~MSN 2  07-180~~ | ~~Earlean Harris, et al. v. Merck & Co., Inc., et al.~~ Vacated 10/24/07 | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3  07-569 | Richard Young, et al. v. Merck & Co., Inc. | 07-8075 |
| ~~MSS 3  07-576~~ | ~~Dianne Dalton, et al. v. Merck & Co., Inc.~~ Opposed 10/30/07 | |
| MSS 3  07-580 | Caffie Aaron, et al. v. Merck & Co., Inc. | 07-8076 |
| **NEW YORK EASTERN** | | |
| NYE 1  07-4046 | Tai Man Lai, et al. v. Merck & Co., Inc. | 07-8077 |
| NYE 1  07-4048 | Charles Wittman, et al. v. Merck & Co., Inc. | 07-8078 |
| NYE 1  07-4086 | Romeal Ewers v. Merck & Co., Inc. | 07-8079 |
| **NEW YORK SOUTHERN** | | |
| NYS 1  07-8437 | Akousa Akyaamaa v. Merck & Co., Inc. | 07-8080 |
| **TEXAS NORTHERN** | | |
| ~~TXN 3  07-1662~~ | ~~McArthur Durham, et al. v. Merck & Co., Inc.~~ Opposed 11/5/07 | |
| **WASHINGTON WESTERN** | | |
| WAW 3  07-5539 | Jason B. Wachter, etc. v. Merck & Co., Inc. | 07-8081 |