**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 20, 2007

United States District Court
for the Southern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE: CV 07-05004 MHP  MARTIN G. HERNANDEZ-v-MERCK & COMPANY
(MDL No. 1657 In re: Vioxx Marketing Sales Practices and Product Liability Litigation)
**07-8061**

Dear Clerk,

   Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒   Certified copy of docket entries.

   ☒   Certified copy of Transferral Order.

   ☒   Copy of Notice of Removal.

   ☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,
                    RICHARD W. WIEKING, Clerk

                    *Gina Agustine*

                    by: Gina Agustine-Rivas
                    Case Systems Administrator

Enclosures
Copies to counsel of record